# THE MARKS LAW FIRM, P.C.

September 12, 2025

**VIA CM/ECF**
The Honorable Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

> Granted.  The Court will reschedule the conference and enter a referral.  In the event of any future requests for adjournment of any matter, counsel must provide an explanation of why an adjournment is sought.
>
> SO ORDERED:
>
> 9/15/2025 _____
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

RE: **Dharry v. 58th Bakery Bagels LLC et al.**
Docket No. 1:25-cv-05597(VSB)(RWL)

**Request for an Extension of Deadlines & Referral to the SDNY Mediation Program**

Dear Judge Lehrburger,

The undersigned represent Plaintiff in this action. The parties jointly submit this request to adjourn the initial conference scheduled for September 24, 2025, to one of the following dates: October 16, 2025, October 22, 2025, October 23, 2025, or October 28, 2025; or alternatively, to adjourn the initial conference *sine die* pending completion of the mediation requested below. Per Section 1(D) of Your Honor's Rules, this is the first request of its kind and made with the consent of all parties.

Additionally, in an effort to amicably and expediently resolve this matter, the parties jointly and respectfully request that Your Honor issue an order referring this matter to the SDNY Mediation Program.

Thank you for your attention to the above. Please let us know if Your Honor requires any other information.

Very truly yours,

Darren R. Marks

CC: **VIA CM/ECF**
*All parties*

155 East 55th Street, Suite 4H • New York, New York 10022
T: (646) 960–7820 • F: (646) 867–2639 • darren@markslawpc.com
www.markslawpc.com